FILED
MAY 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM EDWARD FESSLER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal Case No. 08MJ1308 <br><br> ORDER OF DETENTION BASED UPON DEFENDANT'S WAIVER OF RIGHT TO BAIL AND DETENTION HEARING |

At defendant's initial appearance on April 28, 2008, defendant WILLIAM EDWARD FESSLER was arraigned on the complaint charging him with distribution of cocaine base in the form of "crack" in violation of Title 21, U.S.C. §841(a)(1) and (b)(1)(A)(ii)&(iii). The Government requested that defendant be detained based on risk of flight and danger to the community.

At the scheduled hearing on April 30, 2008, Assistant United States Attorney Alessandra P. Serano appeared on behalf of the United States and Attorney and Robert Rexrode, Esq. appeared on behalf of defendant. At the hearing, defendant waived his right to bail and his right to a speedy detention hearing. Based on defendant's waiver, a hearing on detention or bail setting was not held. The Court found that defendant's waiver of the above-mentioned right was competent, knowing and voluntary.

IT IS HEREBY ORDERED that defendant be detained pending the proceedings.

IT IS HEREBY FURTHER ORDERED that defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel.

1  While in custody, upon order of a court of the United States or upon the request of an attorney
2  from the Government, the person in charge of the correctional facility shall deliver the defendant to the
3  United States Marshal for the purpose of an appearance in connection with a court proceeding or any
4  other appearance stipulated to and by defense and Government.

6  IT IS SO ORDERED WITHOUT PREJUDICE.

8  DATED: __5-7-08__

12  DATED
13  HON. NITA L. STORMES
    UNITED STATES MAGISTRATE JUDGE

15  Prepared by:

16  KAREN P. HEWITT
    United States Attorney
17
    s/Alessandra P. Serano
18  _____
    Alessandra P. Serano
19  Assistant U.S. Attorney

20
    cc: Robert Rexrode, Esq. (Via email)