FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) <br>                 Plaintiff,          ) <br>                                ) <br>      v.          ) <br>                                  ) <br> WILLIAM EDWARD FESSLER,          ) <br>  aka Kareem Montano          ) <br>                                  ) <br>                 Defendant.          ) | Criminal Case No. 08CR1711-DMS <br><br> I N F O R M A T I O N <br><br> Title 21, U.S.C., Sec. 841(a)(1) and (b)(1)(A)(ii), (iii) - Distribution of Cocaine Base Containing a Mixture and Substance Known as "Crack" |

The United States Attorney charges:

On or about April 25, 2008, within the Southern District of California, defendant WILLIAM EDWARD FESSLER, did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing cocaine base, also known as "crack" cocaine, to wit: approximately 250 grams of cocaine base in the form of "crack", a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii) & (iii).

DATED: May 27, 2008.

                                                        KAREN P. HEWITT
                                                        United States Attorney

                                                        ALESSANDRA P. SERANO
                                                        Assistant U.S. Attorney