AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MAY 27 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| WILLIAM FESSLER | |

CASE NUMBER: 08CR 1711-DMS

I, WILLIAM FESSLER, the above named defendant, who is accused of violating Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(ii) & (iii)– distribution of 50 grams and more of a mixture and substance containing cocaine base, also known as "crack" cocaine, a felony, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on May 27, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ 5-27-08
      JUDICIAL OFFICER

Waiver of Indictment											08CR1711-DMS