| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | ALESSANDRA P. SERANO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 204796 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101 |
| 5 | Telephone: (619) 557-7084 |
| | Email: alessandra.p.serano@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR1711-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | MOTION HEARING |
| | ) | |
| WILLIAM FESSLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, and defendant, William Fessler, through his counsel, Robert Rexrode, hereby jointly move this court to continue the disposition hearing currently scheduled before Magistrate Judge Nita L. Stormes for Friday, June 6, 2008, at 9:30 a.m. to Tuesday, June 24, 2008 at 9:30 a.m.

The parties agree that time should be excluded for purposes of the Speedy Trial Act between June 6, 2008 and June 24, 2008 in the interest of justice.  Defendant is in custody.

Dated: May 29, 2008.                          s/Alessandra P. Serano
                                              ALESSANDRA P. SERANO
                                              Assistant U.S. Attorney

Dated: May 29, 2008.                          s/ Robert Rexrode
                                              ROBERT REXRODE
                                              Counsel for Defendant

| | |
|---|---|
| 1 | SOUTHERN DISTRICT OF CALIFORNIA |
| 2 | UNITED STATES OF AMERICA,  ) Case No. 08CR1711-DMS |
| 3 | )  Plaintiff, ) |
| 4 | ) v. ) |
| 5 | ) CERTIFICATE OF SERVICE WILLIAM FESSLER, ) |
| 6 | ) Defendant. ) |

1 | SOUTHERN DISTRICT OF CALIFORNIA
2 | UNITED STATES OF AMERICA,           ) Case No. 08CR1711-DMS
3 |                      Plaintiff,    )
4 |           v.                       )
  |                                    )    CERTIFICATE OF SERVICE
5 | WILLIAM FESSLER,                    )
6 |                      Defendant.    )

IT IS HEREBY CERTIFIED THAT:

    I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Robert Rexrode, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 29, 2008.

                                               s/Alessandra P. Serano
                                               ALESSANDRA P. SERANO


---

                                SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )    Case No. 08CR1711-DMS
                      Plaintiff,    )
            v.                     )    CERTIFICATE OF SERVICE
WILLIAM FESSLER,             )
                      Defendant.  )

IT IS HEREBY CERTIFIED THAT:

    I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Robert Rexrode, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 29, 2008.

                                      s/Alessandra P. Serano
                                      ALESSANDRA P. SERANO