Case 3:08-cr-01711-DMS   Document 13   Filed 05/29/2008   Page 1 of 2

1   KAREN P. HEWITT
    United States Attorney
2   ALESSANDRA P. SERANO
    Assistant U.S. Attorney
3   California State Bar No. 204796
    Federal Office Building
4   880 Front Street, Room 6293
    San Diego, California 92101
5   Telephone: (619) 557-7084
    Email: alessandra.p.serano@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal Case No.   08CR1711-DMS
                                     )
11                  Plaintiff,       )
                                     )   JOINT MOTION TO CONTINUE
12                  v.               )   MOTION HEARING √ OR DER
                                     )
13  WILLIAM FESSLER,                 )
                                     )
14                  Defendant.       )
    _____)

15
16          The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P.

    HEWITT, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, and
17
    defendant, William Fessler, through his counsel, Robert Rexrode, hereby jointly move this court
18
    to continue the disposition hearing currently scheduled before Magistrate Judge Nita L. Stormes
19
    for Friday, June 6, 2008, at 9:30 a.m. to Tuesday, June 24, 2008 at 9:30 a.m.
20
            The parties agree that time should be excluded for purposes of the Speedy Trial Act
21
    between June 6, 2008 and June 24, 2008 in the interest of justice.  Defendant is in custody.
22

23
         Dated: May 29, 2008.                  s/Alessandra P. Serano
24                                             ALESSANDRA P. SERANO
                                               Assistant U.S. Attorney
25

26       Dated: May 29, 2008.                  s/ Robert Rexrode
                                               ROBERT REXRODE
27  ORDER:    IT IS SO ORDERED.                Counsel for Defendant

            DATED 5-30-08
28

                    DANA M. SABRAW