```
                                FILED
                               JUN 24 2008
                       CLERK, U.S. DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
                     BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> WILLIAM EDWARD FESSLER,          )<br>   aka Kareem Montano             )<br>                                  )<br>            Defendant.            )<br>_____) | Criminal Case No. 08CR1711-DMS<br><br>I N F O R M A T I O N<br>(Superseding)<br>Title 21, U.S.C., Sec. 841(a)(1) and (b)(1)(A)(ii), (iii) - Distribution of Cocaine Base Containing a Mixture and Substance Known as "Crack"; Title 18, U.S.C., Sec. 1462 - Transportation of Obscene Matters; Title 18 U.S.C., Sec. 1467(a)(1)&(3) - Criminal Forfeiture |

The United States Attorney charges:

Count 1

On or about April 25, 2008, within the Southern District of California, defendant WILLIAM EDWARD FESSLER, did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing cocaine base, also known as "crack" cocaine, to wit: approximately 250 grams of cocaine base in the form of "crack", a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii) & (iii).

1                          Count 2

2      On or about and between September 1, 2007 and April 25, 2008,
3 within the Southern District of California, defendant WILLIAM EDWARD
4 FESSLER, knowingly used an express company, other common carrier, and
5 interactive computer service for carriage in interstate or foreign
6 commerce, obscene matter, including a video entitled "interacial dog
7 party, bamboo room knotting!"; in violation of Title 18, United States
8 Code, Section 1462.

9                        FORFEITURE COUNT

10     As a result of his conviction of the felony offense set forth in
11 Count 2 of this Information, defendant WILLIAM EDWARD FESSLER, shall
12 forfeit to the United States, pursuant to Title 18, United States
13 Code, Sections 1467(a)(1) and (a)(3) all visual depictions described
14 in Title 18, United States Code, Section 1462, and all property, real
15 or personal, used or intended to be used to commit or promote the
16 commission of the offenses of conviction, including but not limited
17 to the following:

18      (1) 40 gigabyte hard drive, serial number 138985-5008892;
19      (2) HP Pavilion 7567c computer, serial number MX46300BBX;
20      (3) FujiFilm Finepix digital camera, serial number
21 3EA41383, with 1 GB memory card.

22      All in violation of Title 18, United States Code, Section
23 1462.

24      DATED: June 24, 2008.

25                                              KAREN P. HEWITT
26                                              United States Attorney

27                                              ALESSANDRA P. SERANO
                                               Assistant U.S. Attorney
28