AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

WILLIAM FESSLER

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1711-DMS

I, WILLIAM FESSLER, the above named defendant, who is accused of violating Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(ii) & (iii)– distribution of 50 grams and more of a mixture and substance containing cocaine base, also known as "crack" cocaine, a felony, and Title 18, United States Code, Section 1462 - transportation of obscene materials, a felony, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___6/24/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant, COUNSEL FOR

~~Counsel for~~ Defendant

Before _____
JUDICIAL OFFICER