1 **ROBERT H. REXRODE, III**
California State Bar No. 230024
2 427 C Street, Suite 300
San Diego, California  92101
3 Telephone:  (619) 233-3169, ext. 13
Facsimile:    (619) 684-3553
4 robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Fessler

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1711-DMS |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO** |
| ) | **MOVE SENTENCING HEARING** |
| WILLIAM EDWARD FESSLER, ) | |
| Defendant. ) | |

**IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert H. Rexrode III, counsel for Mr. Cutcliff and Assistant United States Attorney Allie Serrano, that the sentencing hearing currently scheduled for July 10, 2008, at 9:00 a.m., be moved to August 15, 2008, at 9:00 a.m.

Dated: July 7, 2008          /s/ Robert H. Rexrode, III..
                             **ROBERT H. REXRODE**
                             Attorney for Mr. Cutcliff

Dated: July 7, 2008          /s/ Allie Serrano
                             **ALLIE SERRANO**
                             Assistant United States Attorney

1 **ROBERT H. REXRODE, III**
California State Bar No. 230024
2 427 C Street, Suite 300
San Diego, California  92101
3 Telephone:  (619) 233-3169, ext. 13
Facsimile:    (619) 684-3553
4 robert_rexrode@rexrodelawoffices.com

5
Attorney for Mr. Fessler
6

7
UNITED STATES DISTRICT COURT
8
SOUTHERN DISTRICT OF CALIFORNIA
9
(**HONORABLE DANA M. SABRAW**)
10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  08cr1711-DMS |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | PROOF OF SERVICE |
| WILLIAM EDWARD FESSLER, ) | |
| ) | |
| Defendant. ) | |
| ) | _____ |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Allie Serrano, Assistant United States Attorney


Respectfully submitted,

/s/    Robert H. Rexrode
_____

Dated: July 7, 2008    **ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com