UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1711-DMS |
| Plaintiff, ) | |
| v. ) | **ORDER MOVING SENTENCING HEARING** |
| WILLIAM EDWARD FESSLER, ) | |
| Defendant. ) | |

At the request of the parties, **IT IS HEREBY ORDERED**, that the sentencing hearing scheduled for July 10, 2008, at 9:00 a.m., be moved to August 15, 2008, at 9:00 a.m.

**SO ORDERED.**

DATED: July 8, 2008

_____
HON. DANA M. SABRAW
United States District Judge