ROBERT H. REXRODE, III
California State Bar No. 230024
The Law Offices of Robert H. Rexrode, III
427 C. Street, #300
San Diego, CA  92101
Tel: (619) 233-3169, ext. 13
Fax:(619) 330-4521
Email: robert_rexrode@rexrodelawoffices.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1711-DMS |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE SENTENCING** |
| WILLIAM EDWARD FESSLER, ) | |
| Defendant. ) | |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert H. Rexrode, III, counsel for William Edward Fessler, along with Assistant United States Attorney Alessandra P. Serano, that the sentencing set for August 15, 2008 at 9 a.m. be rescheduled to **Friday, September 26, 2008, at 9:00 a.m.**

Respectfully submitted,

DATED: August 14, 2008 */s/ Robert H. Rexrode, III*
 **ROBERT H. REXRODE, III**
 Attorney for William Edward Fessler
 robert_rexrode@rexrodelawoffices.com

DATED: August 14, 2008 */s/ Alessandra P. Serano*
 **ALESSANDRA P. SERANO**
 Assistant United States Attorney
 alessandra.p.serano@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08cr1711-DMS |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| WILLIAM EDWARD FESSLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Sentencing has been electronically served this day upon:

    Alessandra P. Serano, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101


Dated: August 14, 2008

    */s/ Robert H. Rexrode*
    ROBERT H. REXRODE
    The Law Offices of Robert H. Rexrode, III
    427 C. Street, #300
    San Diego, CA  92101
    (Tel: (619) 233-3169, ext. 13
    Fax:(619) 330-4521
    robert_rexrode@rexrodelawoffices.com