UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1711 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | JOINT MOTION TO CONTINUE |
| | ) | SENTENCING |
| WILLIAM EDWARD FESSLER, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing in this matter now scheduled for August 15, 2008 at 9 a.m. be continued until September 26, 2008 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: August 14, 2008

_____
HON. DANA M. SABRAW
United States District Judge